IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY,　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　Plaintiff,　　　　　　　 *
vs.　　　　　　　　　　　　　　 *　　No. 3:12-cv-00287-SWW
　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
ROBERT WOOD, INC.,　　　　　　 *
　　　　　　　　　　　　　　　　*
　　　　Defendant.　　　　　　　*

ORDER

The parties having reached a settlement, see doc.#15, this action is hereby dismissed.

IT IS SO ORDERED this 7th day of May 2014.

　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE